IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,　　　　　　　　　No. CIV S-05-1164 MCE KJM P

    vs.

M.L. MURRAY, et al.,

    Defendants.　　　　　　　　ORDER
_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. He has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        After reviewing court records, it appears that plaintiff has "struck out" under 28 U.S.C. § 1915(g) and therefore may not proceed in forma pauperis in this action. See, e.g., Campbell v. Borba, CIV S 05- 0452 LKK DAD P; Campbell v. Randalph, CV F 99-5462 REC HGB P; Campbell v. Butts, CV F 98-6483 AWI SMS P. Plaintiff's current allegations do not demonstrate that he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Good cause appearing, the court will order plaintiff to pay the $250.00 filing fee for this action within twenty days. Plaintiff's failure to pay the filing fee will result in a recommendation that this action be dismissed under 28 U.S.C. § 1915(g).

1

1       Accordingly, IT IS HEREBY ORDERED that, within twenty days of this order,
2 plaintiff shall pay the $250.00 filing fee for this action.  Plaintiff's failure to pay the filing fee
3 will result in a recommendation that this action be dismissed.
4 DATED: December 6, 2005.

                                 UNITED STATES MAGISTRATE JUDGE

2/camp1164.1915(g)