1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TONY CAMPBELL,

11            Plaintiff,                    No. CIV S-05-1164 MCE KJM P

12        vs.

13    M.L. MURRAY, et al.,

14            Defendants.                   FINDINGS AND RECOMMENDATIONS

15    _____/

16            By an order filed December 7, 2005, plaintiff was ordered to pay the appropriate

17    filing fees within thirty days and was cautioned that failure to do so would result in a

18    recommendation that this action be dismissed.  The thirty day period has now expired, and

19    plaintiff has not paid the appropriate filing fee, though he has filed a letter claiming in conclusory

20    fashion that he is being denied his right of access to the court by the requirement that he pay the

21    filing fee.

22            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23    without prejudice.

24            These findings and recommendations are submitted to the United States District

25    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

26    days after being served with these findings and recommendations, plaintiff may file written

1

1   objections with the court and serve a copy on all parties.  Such a document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

3   failure to file objections within the specified time may waive the right to appeal the District

4   Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5   DATED:  April 13, 2006.

6

7   _____
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13   2/camp1164.fifp

14

15

16

17

18

19

20

21

22

23

24

25

26